JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MAAN HARWIL, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO.: 2:25-cv-06268-AGR<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate, IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice.

DATE: September 16, 2025

*Alicia G. Rosenburg*

HON. ALICIA G. ROSENBURG
UNITED STATES MAGISTRATE JUDGE